**Will Stacey Greer, Appellant, v. Henry Croom, d/b/a B & M Service Station, Appellee.**

**Gen. No. 60–F–14.** 

Fourth District.

April 8, 1960.

Wagner, Conner, Ferguson, Bertrand, and Baker (F. D. Donner, of counsel) for appellant; Walker and Williams (David B. Stutsman, of counsel) for appellee. Opinion by JUSTICE HOFFMAN. **Not to be published in full.**